UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-000105-D-5

UNITED STATES OF AMERICA

v.

VICTOR EUGENE DORM

ORDER TO SEAL

On motion of the defendant, Victor Eugene Dorm, and for good cause shown, it is hereby

ORDERED that **DE 506** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __31__ day of __March__, 2026.

_____
JAMES C. DEVER III
United States District Court Judge